# United States District Court
### WESTERN DISTRICT OF TENNESSEE
#### Eastern Division



## JUDGMENT IN A CIVIL CASE

BAKER ENERGY, INC.,

v.

GIRKIN DEVELOPMENT, L.L.C.,                    Case No.: 05-1002-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 4/8/2005, the Defendant's Motion To Dismiss is GRANTED, and this case is hereby DISMISSED without prejudice.


APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


                                                 ROBERT R. Di TROLIO
                                                 CLERK

__4/27/05_____          BY: __C. Herd_____
DATE                              DEPUTY CLERK


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __4/29/05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01002 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Mark J. Grai
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

W. Timothy Harvey
The Law Office of Timothy Harvey
310 Franklin Street
Clarksville, TN 37043

Honorable James Todd
US DISTRICT COURT